ORLANDO T. DEG. BERTOLA, JOHN C. KRULDER AND W. H. BARRETT, PLAINTIFFS IN ERROR, vs. JOHN B. STETSON, DEFENDANT IN ERROR.

Writ of Error to Circuit Court Volusia county.

*F. C. Austin* and *J. W. Price,* for Plaintiffs in Error.

*Parrott & Hamlin,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff and the defendants take writ of error.

Writ of error dismissed on motion of counsel for defendant in error.

Motion to reinstate denied January 4, 1898.

---

JOHN A. BISHOP, PLAINTIFF IN ERROR, vs. RICHARD MC-CONATHY, DEFENDANT IN ERROR.

Writ of Error to Circuit Court Marion county.

*J. H. Burchell,* for Plaintiff in Error.

No appearance for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.